**Opinion issued August 22, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-12-01166-CV

———————————

**TROY CAPITAL, LLC, ASSIGNEE OF CHASE BANK USA, N.A.,**
**Appellant**

**V.**

**JOHN F. BOWMAN, Appellee**

---

**On Appeal from the County Court at Law No. 3**
**Harris County, Texas**
**Trial Court Case No. 1012330**

---

## MEMORANDUM OPINION

Appellant, Troy Capital, LLC, assignee of Chase Bank USA, N.A., has

neither paid the required fees nor established indigence for purposes of appellate

costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207,

51.941(a), 101.041 (West 2013); Order Regarding Fees Charged in Civil Cases in

the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1). Further, Troy Capital has not paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 5; 42.3(b), (c).

We dismiss the appeal for nonpayment of all required fees and for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Bland.